IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.   10-cv-01885-ZLW-MJW

NATHAN NICHOLS,   and
MELINDA NICHOLS,

Plaintiff(s),

v.

GOLDEN RULE INSURANCE COMPANY,

Defendant(s).
_____
MINUTE ORDER
_____
Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Amend [docket no. 21] Scheduling Order (docket no. 25) is GRANTED finding good cause shown.  The Settlement Conference set on March 22, 2011 at 1:30 p.m. is VACATED.  The parties may request that the Settlement Conference be reset by motion.  The Rule 16 Scheduling Order [docket no. 21] is amended to allow the Plaintiffs up to and including June 1, 2011, to seek an amendment to the pleadings and assert a punitive damages claim.

Date:   March 16, 2011