**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01885-REB-MJW

NATHAN NICHOLS, and
MELINDA NICHOLS,

    Plaintiffs,

v.

GOLDEN RULE INSURANCE COMPANY, an Indiana corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal** [#31][1] filed May 24, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal** [#31] filed May 24, 2011, is **APPROVED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated May 24, 2011, at Denver, Colorado.

                                      **BY THE COURT:**

                                      Robert E. Blackburn
                                      United States District Judge

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.